Of Counsel:
PORTER MCGUIRE KIAKONA, LLP

CHRISTIAN P. PORTER          3744-0
TAYLOR W. GRAY               10780-0
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Telephone No.: (808) 539-1100
Facsimile No.: (808) 539-1189
Email:  cporter@HawaiiLegal.com

YOSHIDA & SUH, LLP
DAVID Y. SUH                 7317-0
841 Bishop Street, Suite 2125
Honolulu, Hawaii 96813
Telephone No.: (808) 539-1135
Facsimile No.: (808) 523-1171
Email:  dsuh@yspaclaw.com

Attorneys for Plaintiff
JAEWOO CHUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAEWOO CHUNG,<br><br>Plaintiff,<br><br>vs.<br><br>JB BROTHERS, INC., a California corporation; KWANG S. LIM, also known as CHRIS LIM; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; | CASE No. 1:23-cv-00055<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br><br><br>(CAPTION CONTINUED TO NEXT PAGE) |

|  |
|---|
| DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, |
| Defendants |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES

COMES NOW, Plaintiff JAEWOO CHUNG ("Plaintiff"), by and through his counsel of record, hereby gives notice that pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, Plaintiff's Complaint filed on January 27, 2023, in the above-entitled action is dismissed without prejudice as to all claims and all parties.

No adverse party has filed or served an Answer or a Motion for Summary Judgment. No trial date has been set.

All claims and all parties are dismissed without prejudice. There are no remaining claims or parties in this action. Each party is to bear its own attorneys' fees and costs.

DATED: Honolulu, Hawaii, September 27, 2023.

/s/ Taylor W. Gray
CHRISTIAN P. PORTER
DAVID Y. SUH
TAYLOR W. GRAY
Attorneys for Plaintiff JAEWOO CHUNG

2

APPROVED AS TO FORM:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

*JAEWOO CHUNG v. JB BROTHERS, INC., a California corporation; et al;* Case No. 1:23-cv-00055-SOM-RT; **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES**

3